BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JAN 07 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>5741 NORTHLAND ROAD,<br>MANTECA, CALIFORNIA | CASE NO. 2:13-SW-0736 EFB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: 1/7/14

_____
DALE A. DROZD
U.S. Magistrate Judge